ACCEPTED
15-25-00034-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/5/2025 10:22 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00034-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/5/2025 10:22:27 AM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS,
*Appellant*,

*v.*

ALEXANDRA ALVAREZ, JOSHUA LAFOUNTAIN,
CHRISTINE ELLIS, DDS,
*Appellees.*

On Appeal from the 459th Judicial District Court, Travis County

## NOTICE OF ATTORNEY PRESENTING ORAL ARGUMENT FOR APPELLANT THE STATE OF TEXAS

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

PLEASE TAKE NOTICE THAT Assistant Attorney General Brian VanderZanden will and appear and present argument to the Court for Appellant the State of Texas, on December 18, 2025, at 10:00 am.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

*/s/ Brian VanderZanden*
BRIAN VANDERZANDEN
Assistant Attorney General
Texas State Bar No. 24081557
Phone: (512) 936-9929
Brian.Vanderzanden@oag.texas.gov

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

AMY SNOW HILTON
Chief, Healthcare Program Enforcement
Division

AMY SNOW HILTON
Chief, Healthcare Program
Enforcement Division

Office of the Attorney General
P.O. Box 12548, MC 056-1
Austin, Texas 78711-2548
Tel: (512) 750-4880
Fax: (512) 499-0712

*Counsel for Appellant State of Texas*

## CERTIFICATE OF SERVICE

I certify that on December 5, 2025, a copy of this **Notice of Attorney Presenting Oral Argument for Appellant The State of Texas**, was served via electronic filing and email on the parties or their counsel listed below.

Charles S. Siegel
Caitlyn Silhan
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
csiegel@waterskraus.com
csilhan@waterskraus.com

James Moriarty
Law Offices of James R. Moriarty 4119
Montrose Blvd., Suite 250
Houston, Texas 7700
jim@moriarty.com

James "Rusty" Tucker
Law Offices of James R. Tucker, P.C.
3100 Drexel Drive
Dallas, Texas 75205
rusty@rustytuckerlaw.com

*Counsel for Appellees*

/s/ *Brian VanderZanden*
BRIAN VANDERZANDEN
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynette Karch-Schroder on behalf of Brian VanderZanden
Bar No. 24081557
Lynette.karch-schroder@oag.texas.gov
Envelope ID: 108761071
Filing Code Description: Other Document
Filing Description: Appellant's Notice of Attorney Presenting Argument
Status as of 12/5/2025 10:27 AM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Austin Kinghorn | 24072184 | austin.kinghorn@oag.texas.gov | 12/5/2025 10:22:27 AM | SENT |
| Brian Vanderzanden | | brian.vanderzanden@oag.texas.gov | 12/5/2025 10:22:27 AM | SENT |
| Jonathan Rohde | | jonathan.rohde@oag.texas.gov | 12/5/2025 10:22:27 AM | SENT |
| Brittany Peters | | Brittany.Peters@oag.texas.gov | 12/5/2025 10:22:27 AM | SENT |

Associated Case Party: Christine Ellis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Caitlyn Silhan | 24072879 | csilhan@waterskraus.com | 12/5/2025 10:22:27 AM | SENT |
| James Moriarty | 14459000 | jim@moriarty.com | 12/5/2025 10:22:27 AM | SENT |
| Charles S.Siegel | | csiegel@waterskraus.com | 12/5/2025 10:22:27 AM | SENT |

Associated Case Party: Alexandra Alvarez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 12/5/2025 10:22:27 AM | SENT |

Associated Case Party: Joshua LaFountain

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 12/5/2025 10:22:27 AM | SENT |